## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTIN BERTISCH, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>BAXALTA INCORPORATED, WAYNE T. )<br>HOCKMEYER, BLAKE E. DEVITT, )<br>KAREN FERRANTE, JOHN D. FORSYTH, )<br>GAIL D. FOSLER, JAMES R. GAVIN III, )<br>LUDWIG N. HANTSON, FRANÇOIS )<br>NADER, ALBERT P.L. STROUCKEN, )<br>SHIRE PLC, and BEARTRACKS, INC., )<br>)<br>      Defendants. ) | Case No. 1:16-cv-03005-HDL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2016

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**DITOMMASO ♦ LUBIN, P.C.**

By: */s/ Vincent L. DiTommaso*
Vincent L. DiTommaso
DiTOMMASO♦LUBIN, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181-4480
(630) 333-0000
vld@ditommasolaw.com

*Attorneys for Plaintiff*